**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00859-CV

**NAUTIC MANAGEMENT VI, L.P., Appellant**

**V.**

**CORNERSTONE HEALTHCARE GROUP HOLDING, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it appellee's September 5, 2013 unopposed motion for extension to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 14, 2013.

/s/    ELIZABETH LANG-MIERS
       JUSTICE